JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO LOPEZ ROMERO, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:25-cv-5467 SVW (JCx)<br><br>*[Removed from Los Angeles County Superior Court, Case No. 25NWCV01400]*<br><br>Assigned to: Hon. Stephen V. Wilson<br>Magistrate Judge: Jacqueline Chooljian<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO REMAND**<br><br>Action Filed: April 21, 2025<br>Trial:　　　None |

# ORDER

The Court, having considered the Parties' Stipulation, and good cause appearing therein, hereby orders that the Parties' Stipulation is **GRANTED:**

　1.　This matter is remanded back to the Superior Court of the State of California, County of Los Angeles;

　2.　All deadlines, dates, and events presently on calendar are vacated.

**IT IS SO ORDERED.**

DATED: July 11, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　　United States District Judge